# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
CORONA CONSTRUCTION CO INC § Case No. 05-36520 SQU
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ___ of the United States Bankruptcy Code on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]       $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was ___. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____$. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____$ as interim compensation and now requests a sum of $_____$, for a total compensation of $_____$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_$, and now requests reimbursement for expenses of $\_\_\_\_$, for total expenses of $\_\_\_\_$.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/GINA B. KROL_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

Case 05-36520　Doc 67　Filed 06/23/10　Entered 06/15/20 15:37:24　Desc Main
Case 05-36520 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT　Page: 1
Document　Page 3 of 15
ASSET CASES

Case No:　05-36520　SQU　Judge: JOHN H. SQUIRES　　Trustee Name:　GINA B. KROL
Case Name:　CORONA CONSTRUCTION CO INC　　Date Filed (f) or Converted (c):　09/09/05 (f)　　Exhibit A
　　　　　　　　　　　　　　　　　　　　　　　341(a) Meeting Date:　10/18/05
For Period Ending: 06/02/10　　　　　　　　　　　Claims Bar Date:　04/21/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCONTS | 11,542.15 | 11,542.15 | | 11,542.15 | FA |
| 2. A/R | 1,131,908.00 | 0.00 | DA | 0.00 | FA |
| 3. MECHANIC'S LIEN | 813,843.75 | 0.00 | DA | 0.00 | FA |
| 4. OFFICE EQUIPMENT | 6,100.00 | 0.00 | DA | 0.00 | FA |
| 5. Check from Record Copy Service (u) | 0.00 | 20.00 | | 20.00 | FA |
| 6. Utility Refund (u) | 0.00 | 488.84 | | 488.84 | FA |
| 7. Refund from Bond (u) | 0.00 | 400.39 | | 400.39 | FA |
| 8. Insurance Refund (u) | 0.00 | 828.00 | | 828.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 306.47 | Unknown |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)　　$1,963,393.90　　$13,279.38　　　　$13,585.85　　$0.00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will review claims, file tax return and prepare final report.

Initial Projected Date of Final Report (TFR): 12/31/06　　Current Projected Date of Final Report (TFR): 12/31/10

**UST Form 101-7-TFR (9/1/2009)** *(Page: 3)*

LFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 15.09

**FORM 1**

Case 05-36520  INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Doc 67  Filed 06/25/10  Entered 06/25/10 15:37:24  Desc Main
ASSET CASES
Document  Page 4 of 15                                    Page: 2

| | | |
|---|---|---|
| Case No: | 05-36520  SQU  Judge: JOHN H. SQUIRES | Trustee Name: GINA B. KROL |
| Case Name: | CORONA CONSTRUCTION CO INC | Date Filed (f) or Converted (c): 09/09/05 (f) |
| | | 341(a) Meeting Date: 10/18/05 |
| | | Claims Bar Date: 04/21/06 |

Exhibit A

_____ Date: _____
GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-36520 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CORONA CONSTRUCTION CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2939 BofA - Money Market Account |
| Taxpayer ID No: | *******5810 | | | |
| For Period Ending: | 06/02/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 10/28/05 | 1 | Parkway National Bank<br>4800 N. Halem Ave.<br>Harwood Heights, IL 60706 | | 1129-000 | 11,542.15 | | 11,542.15 |
| C 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 5.49 | | 11,547.64 |
| C 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 5.87 | | 11,553.51 |
| C 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 5.90 | | 11,559.41 |
| C 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.23 | | 11,567.64 |
| C 03/01/06 | 000301 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 6.02 | 11,561.62 |
| C 03/29/06 | INT | Record Copy Service<br>Thirty N. LaSalle<br>Chicago, IL 60602 | | 1290-000 | 20.00 | | 11,581.62 |
| C 03/29/06 | 6 | Nicor Gas<br>P.O. Box 190<br>Aurora, IL 60507 | | 1290-000 | 488.84 | | 12,070.46 |
| C 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.82 | | 12,080.28 |
| C 04/03/06 | 7 | Arthur J. Gallagher & Co.<br>P.O Box 1302<br>St. Charles, IL 60174 | | 1290-000 | 400.39 | | 12,480.67 |
| C 04/17/06 | 8 | Arthur Gallagher<br>14241 Dallas Parkway, Suite 300<br>Dallas, TX 75254 | | 1229-000 | 828.00 | | 13,308.67 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-36520 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CORONA CONSTRUCTION CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2939  BofA - Money Market Account |
| Taxpayer ID No: | *******5810 | | | |
| For Period Ending: | 06/02/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| C | 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.37 | | 13,319.04 |
| C | 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.32 | | 13,330.36 |
| C | 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.96 | | 13,341.32 |
| C | 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.33 | | 13,352.65 |
| C | 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.34 | | 13,363.99 |
| C | 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.98 | | 13,374.97 |
| C | 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.37 | | 13,386.34 |
| C | 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.00 | | 13,397.34 |
| C | 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.37 | | 13,408.71 |
| C | 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.39 | | 13,420.10 |
| C | 02/15/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 10.35 | 13,409.75 |
| C | 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.29 | | 13,420.04 |
| C | 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.39 | | 13,431.43 |
| C | 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.05 | | 13,442.48 |
| C | 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.42 | | 13,453.90 |

Exhibit B

| Case No: | 05-36520 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | CORONA CONSTRUCTION CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2939 BofA - Money Market Account |
| Taxpayer ID No: | *******5810 | | | |
| For Period Ending: | 06/02/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.05 | | 13,464.95 |
| C 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.44 | | 13,476.39 |
| C 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.45 | | 13,487.84 |
| C 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.59 | | 13,496.43 |
| C 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.60 | | 13,505.03 |
| C 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 7.22 | | 13,512.25 |
| C 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 6.46 | | 13,518.71 |
| C 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 5.36 | | 13,524.07 |
| C 02/11/08 | 000303 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | | 2300-000 | | 12.72 | 13,511.35 |
| C 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 3.21 | | 13,514.56 |
| C 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.19 | | 13,517.75 |
| C 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.77 | | 13,520.52 |
| C 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.71 | | 13,522.23 |
| C 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.67 | | 13,523.90 |
| C 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.72 | | 13,525.62 |
| C 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.72 | | 13,527.34 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 05-36520 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CORONA CONSTRUCTION CO INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2939 BofA - Money Market Account |
| Taxpayer ID No: | *******5810 | | |
| For Period Ending: | 06/02/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.66 | | 13,529.00 |
| C 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.31 | | 13,530.31 |
| C 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.11 | | 13,531.42 |
| C 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.68 | | 13,532.10 |
| C 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,532.21 |
| C 02/17/09 | 000304 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 10.54 | 13,521.67 |
| C 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,521.77 |
| C 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,521.89 |
| C 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 13,522.19 |
| C 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,522.53 |
| C 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,522.87 |
| C 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,523.21 |
| C 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,523.55 |
| C 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,523.88 |
| C 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,524.22 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| Case No: | 05-36520 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CORONA CONSTRUCTION CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2939 BofA - Money Market Account |
| Taxpayer ID No: | *******5810 | | | |
| For Period Ending: | 06/02/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,524.55 |
| C  12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,524.89 |
| C  01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,525.23 |
| C  02/09/10 | 000305 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 10.04 | 13,515.19 |
| C  02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 13,515.50 |
| C  03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.35 | | 13,515.85 |
| C  04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,516.18 |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account *******2939 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 5 | Deposits | | 13,279.38 | 5 | Checks | 49.67 |
| 54 | Interest Postings | | 286.47 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 13,565.85 | | | |
| | | | | | Total | $ 49.67 |
| 0 | Adjustments In | | 0.00 | | | |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 13,565.85 | | | |

UST Form 101-7-TFR (9/1/2009) *(Page: 9)*

LFORM2T4                                                                                                                                   Ver: 15.09

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-36520 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CORONA CONSTRUCTION CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2939 BofA - Money Market Account |
| Taxpayer ID No: | *******5810 | | | |
| For Period Ending: | 06/02/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ GINA B. KROL  Date: 06/02/10
GINA B. KROL

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-36520 SQU
Case Name: CORONA CONSTRUCTION CO INC
Trustee Name: GINA B. KROL

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: GINA B. KROL | $_____ | $_____ |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000005* | *Laborers Pension Fund* | $ | $ |
|  | *IL Dept of Employment Security* | $ | $ |
|  | *IL Dept of Employment Security* | $ | $ |
|  | *Department of the Treasury- Internal Revenue* | $ | $ |
| *3* | *Structural Iron Workers Local Union* | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chicagoland Construction | $ | $ |
| 000002 | Zurich American Ins Co | $ | $ |
| 000003 | Structural Iron Workers Local Union | $ | $ |
| 000004 | United Construction Products, Inc. | $ | $ |
| 000006 | Kendall County Concrete, Inc. | $ | $ |
| 000007 | Metropolitan Development Enterprises, Inc. | $ | $ |
| 000009 | Matthew Hunniford & Co PC | $ | $ |
| 000010 | All Sealants, Inc. | $ | $ |
| 000012 | Plasterers & Cement Masons Local 18 | $ | $ |
| 000013 | Bracing Systems Inc a corporation | $ | $ |
| 000014 | Chicago Regional Council of Carpenters | $ | $ |
| 000015 | Carpenters Fringe Benefit Funds of Illinois | $ | $ |
| 000016 | Lake County, Illinois, Plasterers and Cement Mason | $ | $ |
| 000017 | Fox Valley & Vicinity Construction Workers Fringe | $ | $ |
| 000018 | Iron Worker"s Mid-America Pension Plan | $ | $ |
| 000019 | Community High School District #99 | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000020 | Iron Workers" Mid-America Supplemental Monthl | $ | $ |
| 000021 | Iron Workers" Tri-State Welfare Plan | $ | $ |
| 000023 | Catherine Giovenco | $ | $ |
| 000024 | IL Dept of Employment Security | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000008* | *Department of the Treasury- Internal Revenue* | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $           .