**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
§
CORONA CONSTRUCTION CO INC § Case No. 05-36520 SQU
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF BANKRUPTCY COURT
    KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/16/2010 in Courtroom 4016,
    United States Courthouse
    505 N. County Farm Rd.
    Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/15/2010    By: CLERK OF BANKRUPTCY COURT


GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CORONA CONSTRUCTION CO INC § Case No. 05-36520 SQU
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 13,566.19 |
| *and approved disbursements of* | $ | 49.67 |
| *leaving a balance on hand of*[1] | $ | 13,516.52 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| *Trustee: GINA B. KROL* | $ 2,106.62 | $ 0.00 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 223,689.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | Laborers Pension Fund | $ 124,877.96 | $ 10,904.53 |
| | IL Dept of Employment Security | $ 85,506.41 | $ 0.00 |
| | IL Dept of Employment Security | $ 5,904.30 | $ 0.00 |
| | Department of the Treasury-Internal Revenue | $ 1,613.59 | $ 0.00 |
| 3 | Structural Iron Workers Local Union | $ 5,787.44 | $ 505.37 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 701,055.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---:|---:|
| 000001 | Chicagoland Construction | $ 3,781.00 | $ 0.00 |
| 000002 | Zurich American Ins Co | $ 101,726.00 | $ 0.00 |
| 000003 | Structural Iron Workers Local Union | $ 14,847.64 | $ 0.00 |
| 000004 | United Construction Products, Inc. | $ 21,819.77 | $ 0.00 |
| 000006 | Kendall County Concrete, Inc. | $ 1,556.34 | $ 0.00 |
| 000007 | Metropolitan Development Enterprises, Inc. | $ 0.00 | $ 0.00 |
| 000009 | Matthew Hunniford & Co PC | $ 9,765.00 | $ 0.00 |
| 000010 | All Sealants, Inc. | $ 5,324.60 | $ 0.00 |
| 000012 | Plasterers & Cement Masons Local 18 | $ 416.50 | $ 0.00 |
| 000013 | Bracing Systems Inc a corporation | $ 50,735.18 | $ 0.00 |
| 000014 | Chicago Regional Council of Carpenters | $ 11,973.92 | $ 0.00 |
| 000015 | Carpenters Fringe Benefit Funds of Illinois | $ 19,263.78 | $ 0.00 |
| 000016 | Lake County, Illinois, Plasterers and Cement Mason | $ 3,130.09 | $ 0.00 |
| 000017 | Fox Valley & Vicinity Construction Workers Fringe | $ 7,632.41 | $ 0.00 |
| 000018 | Iron Worker"s Mid-America Pension Plan | $ 1,079.58 | $ 0.00 |
| 000019 | Community High School District #99 | $ 230,277.31 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000020 | Iron Workers" Mid-America Supplemental Monthl | $ 1,689.67 | $ 0.00 |
| 000021 | Iron Workers" Tri-State Welfare Plan | $ 1,157.11 | $ 0.00 |
| 000023 | Catherine Giovenco | $ 214,460.00 | $ 0.00 |
| 000024 | IL Dept of Employment Security | $ 420.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 20,317.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000008 | Department of the Treasury-Internal Revenue | $ 20,317.70 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: arodarte              Page 1 of 2                   Date Rcvd: Jun 16, 2010
Case: 05-36520                 Form ID: pdf006             Total Noticed: 66

The following entities were noticed by first class mail on Jun 18, 2010.
db           +Corona Construction Co., Inc.,    1437 Harmony Court,    Itasca, IL 60143-1850
aty          +David A. Newby,    Coman & Anderson, P.C.,    2525 Cabot Drive,    Suite 300,    Lisle, IL 60532-0916
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Linda M Kujaca,    Law Office of Deborah K. Ebner,    11 E. Adams,    Suite 904,
               Chicago, IL 60603-6306
tr           +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
9801592       744 N. Clark St., LLC,    c/o Schiff Hardin LLP/ David Howard,    6600 Sears Tower,
               Chicago, IL 60606
9801593      +All Sealants, Inc.,    8453 W. 192nd St.,    Mokena, IL 60448-8989
9801594      +Baker Miller Markoff & Krasny, LLC,    Attn: Thomas M. Gearhart,    29 N. Wacker Dr., 5th Floor,
               Chicago, IL 60606-2851
9801595      +Bracing Systems Inc a corporation,    Teller Levit & Silvertrust PC,    11 E Adams St #800,
               Chicago, IL 60603-6369
9801596      +Carpenters Fringe Benefit Funds,    c/o Baum Sigman Auerbach & Neuman,
               200 W. Adams St., Ste. 2200,    Chicago, IL 60606-5231
10701037     +Carpenters Fringe Benefit Funds of Illinois,     c/o Baum Sigman Auerbach & Neuman, Ltd.,
               200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
9801597      +Catherine Giovenco,    Riffner Barber Rowden & Manassa LLC,    1834 Walden Office Square Ste 500,
               Schaumburg, IL 60173-4298
9801598      +Cement Masons' Union,    1842 Payspere Circle,    Chicago, IL 60674-0018
10700285     +Chicago Regional Council of Carpenters,    Apprentice & Trainee Fund,    c/o Bruce C. Scalambrino,
               33 North LaSalle St., Suite 1210,    Chicago, IL 60602-3416
10700283     +Chicago Regional Council of Carpenters,    Pension Fund,    c/o Bruce C. Scalambrino,
               33 North LaSalle St., Suite 1210,    Chicago, IL 60602-3416
10700284     +Chicago Regional Council of Carpenters,    Welfare Fund,    c/o Bruce C. Scalambrino,
               33 North LaSalle St., Suite 1210,    Chicago, IL 60602-3416
9801599      +Chicagoland Construction,    950 N. Villa Avenue,    Villa Park, IL 60181-1140
9801600      +City of Elgin Legal Department,    c/o Donald B. Leist,    150 Dexter Court,    Elgin, IL 60120-5527
9801601      +City of Elgin, Legal Department,    Attn: Michael R. Gehrman,    150 Dexter Court,
               Elgin, IL 60120-5527
9801602      +Community High School District #99,    c/o Klein Thorpe and Jenkins, Ltd.,
               20 N. Wacker Dr., Ste. 1660,    Chicago, IL 60606-2903
9801603      +Country Mutual Insurance Co,    P.O. Box 2100,    Bloomington, IL 61702-2100
9801604      +Delta Excavating, Inc.,    19544 Burnham Ave.,    Lynwood, IL 60411-8750
9801605      +Desanto, Morgan & Mittleman,    712 Florsheim Dr.,    Suite 13,    Libertyville, IL 60048-5270
9801606       DuPage County Cement Masons,    P.O. Box 4219E,    Carol Stream, IL 60197
9801607      +FIsher Karnaris, PC,    Attn: Scott A. Ruksakiati,    200 S. Wacker Dr., 33rd Floor,
               Chicago, IL 60606-5816
10702790     +Fidelity & Deposit Co. of Maryland,    Mary E. Gardner,    Riordan Donnelly Lipinski & McKee Ltd.,
               4th Floor,    10 North Dearborn Street,    Chicago, Illinois 60602-4326
14358723     +Fidelity and Deposit Company of Maryland,    Cornelius F Riordan,    Riordan McKee & Piper LLC,
               20 N Wacker Dr Ste 910,    Chicago, IL 60606-2901
10701039     +Fox Valley & Vicinity Construction Workers Fringe,     c/o Baum Sigman Auerbach & Neuman, Ltd.,
               200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
9801608       Fringe Benefit Fund,    P.O. Drawer 'M',    Lansing, IL 60438
9801609       Fringe Benefits/Assesment Fund,    2082 Oak Leaf St.,    Hometown, IL 60456
9801610      +Gateway Erectors,    Division of Gateway Construction Co,    3233 W. Grand Ave.,
               Chicago, IL 60651-4115
10707273     +IL Dept of Employment Security,    Atty General Section-7th Floor,    33 S State Street,
               Chicago, IL 60603-2804
9801611       IL. Dept. of Employment Security,    260 East Indian Trail Rd.,    Aurora, IL 60505-1733
9801614      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9801612      +Imperial Crane,    7500 W. Imperial Sr.,    Bridgeview, IL 60455-2395
9801613       Industry Welfare Fund Local 18,    35 E. Springfield Ave.,    Champaign, IL 61820
10701034     +Iron Worker's Mid-America Pension Plan,    c/o Baum Sigman Auerbach & Neuman, Ltd.,
               200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
10701035     +Iron Workers' Mid-America Supplemental Monthl,    c/o Baum Sigman Auerbach & Neuman, Ltd.,
               200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
9801615      +Iron Workers' MidAmerica Pension,    c/o Baum Sigman Auerbach & Neuman,
               200 W. Adams St., Ste. 2200,    Chicago, IL 60606-5231
10701036     +Iron Workers' Tri-State Welfare Plan,    c/o Baum Sigman Auerbach & Neuman, Ltd.,
               200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
9801616       Ironworkers Local 444,    IPAL Defence Three Rivers FD,    2082 Oak Leaf St.,    Hometown, IL 60456
9801617       J.S. Riemer, Inc.,    16158 Tyrell Road,    Elgin, IL 60123
9801618      +Kendall County Concrete, Inc.,    695 Rt 34,    Aurora, IL 60503-9314
9801619      +Laborers Pension Fund,    c/o Law Offices of Marc M. Pekay,    30 N. LaSalle St., Ste. 2426,
               Chicago, IL 60602-2504
9801620      +Lake County Local #362,    Fringe Benefits Funds,    P.O. Box 92871,    Chicago, IL 60675-2871
10701167     +Lake County, Illinois, Plasterers and Cement Mason,     c/o Baum Sigman Auerbach & Neuman, Ltd.,
               200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
10701038     +Lake County, Illinois, Plasteres and Cement Masons,     c/o Baum Sigman Auerbach & Neuman, Ltd.,
               200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
9801623      +Maryland Casualty Company,    c/o Baker Miller Markoff & Krasny LLC,    29 N. Wacker Dr., 5th Floor,
               Chicago, IL 60606-2851
9801621      +Matthew Hunniford & Co PC,    2705 Highway Ave,    Highland, IN 46322-1615,
               Chicago, IL 60682-0001
9801622      +Matthew Hunniford & Co PC,    2705 Highway Ave.,    Highland, IN 46322-1615
10584467      Metropolitan Development Enterprises, Inc.,    c/o Heidi H. Rowe,    Schiff Hardin LLP,
               6600 Sears Tower,    Chicago, IL  60606-6473
```

```
District/off: 0752-1          User: arodarte              Page 2 of 2                   Date Rcvd: Jun 16, 2010
Case: 05-36520                Form ID: pdf006             Total Noticed: 66

9801625    +Nigro & Westfall, P.C.,   Mark Gryska,   1793 Bloomingdale Road,
             Glendale Heights, IL 60139-3800
10643323   +Plasterers & Cement Masons Local 18,   c/o Cavanagh & O'Hara,   407 East Adams Street,
             PO Box 5043,   Springfield, IL 62705-5043
9801626    +Plasterers & Cement Masons Local 18,   c/o Samco Admin,   400 N.E. Jefferson St., Ste. 108,
             Peoria, IL 61603-3749
9801627    +Riordan Donnelly Lipinsky & McKee,   Attn: Cornelius F. Riordan,   10 N. Dearborn St., 4th Floor,
             Chicago, IL 60602-4326
9801629    +Russ Carr,   5418 Marxhall Rd.,   Wonder Lake, IL 60097-8705
9801630    +Smith Drafting Service,   9100 W. Plainfield Road,   Brookfield, IL 60513-2481
9801631    +Stein, Ray & Harris,   c/o Steven G.M. Stein,   222 W. Adams St., Ste. 1800,
             Chicago, IL 60606-5304
10539166   +Structural Iron Workers Local Union,   No. 1 Pension Trust Fund,   Hogan Marren Ltd,
             180 N Wacker Dr Ste 600,   Chicago, IL 60606-1604
9801632    +Structural Iron Workers Local Union,   c/o Patrick E. Deady,   205 N. Michigan Ave., Ste. 4300,
             Chicago, IL 60601-5983
9801633    +Trustees of Cement Masons Pension,   c/o Arnold and Kadjan,   19 W. Jackson Blvd.,
             Chicago, IL 60604-3926
9801634    +United Construction Products,   1793 Bloomingdale Rd,   Glendale Heights, IL 60139-3800
10546430   +United Construction Products, Inc.,   c/o Nigro & Westfall, P.C.,   1793 Booomingdale Rd.,
             Glendale Heights, IL 60139-3800
9801635    +Virginia Surety Co., Inc.,   c/o Teller Levit & Silvertrust, PC,   11 E. Adams St., Ste. 800,
             Chicago, IL 60603-6324
10479874   +Zurich American Ins Co,   Attn Shirley Newport,   Special Collections MD1-04-04,
             3910 Keswick Road,   Baltimore, MD 21211-2226

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9801624     Muhlerin, Rehfeldt & Varchetto, PC,   Attn: Andrew R. Poyton
9801628*   +Riordan, Donnelly, Lipinsky & McKee,   Attn: Cornelius F. Riordan,
             10 N. Dearborn St., 4th Floor,   Chicago, IL 60602-4326
                                                                                                TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2010**              **Signature:**   *Joseph Speetjens*