UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CORONA CONSTRUCTION CO INC § Case No. 05-36520
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/GINA B. KROL_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LABORERS PENSION FUND | | | | | |
| STRUCTURAL IRON WORKERS LOCAL UNION | | | | | |
| DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| IL DEPT OF EMPLOYMENT SECURITY | | | | | |
| IL DEPT OF EMPLOYMENT SECURITY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 744 N. Clark LLC | | | | | |
| Country Mutual Insurance | | | | | |
| Delta Excavating | | | | | |
| Desanto, Morgan & Mitlleman | | | | | |
| DuPage Cement Masons | | | | | |
| Fringe Benefit Assessment Fund | | | | | |
| Fringe Benefit Fund | | | | | |
| Gateway Erectors | | | | | |
| Imperial Crane | | | | | |
| Industry Welfare Fund Local 18 | | | | | |
| Ironworker's Local 444 | | | | | |
| JS Reimer Inc. | | | | | |
| Laborer's Pension Fund | | | | | |
| Mayland Casualty Co. | | | | | |
| Plasterers and Cement Masons Local 18 | | | | | |
| Russ Carr | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Smith Drafting Service | | | | | |
| Trustees of Cement Masons Pension | | | | | |
| Virginia Surety Co., Inc. | | | | | |
| ALL SEALANTS, INC. | | | | | |
| BRACING SYSTEMS INC A CORPORATION | | | | | |
| CARPENTERS FRINGE BENEFIT FUNDS OF | | | | | |
| CATHERINE GIOVENCO | | | | | |
| CHICAGO REGIONAL COUNCIL OF CARPENT | | | | | |
| CHICAGOLAND CONSTRUCTION | | | | | |
| COMMUNITY HIGH SCHOOL DISTRICT #99 | | | | | |
| FOX VALLEY & VICINITY CONSTRUCTION | | | | | |
| IL DEPT OF EMPLOYMENT SECURITY | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IRON WORKER"S MID-AMERICA PENSION | | | | | |
| IRON WORKERS" MID-AMERICA SUPPLEME | | | | | |
| IRON WORKERS" TRI-STATE WELFARE PL | | | | | |
| KENDALL COUNTY CONCRETE, INC. | | | | | |
| LAKE COUNTY, ILLINOIS, PLASTERERS A | | | | | |
| MATTHEW HUNNIFORD & CO PC | | | | | |
| METROPOLITAN DEVELOPMENT ENTERPRISE | | | | | |
| PLASTERERS & CEMENT MASONS LOCAL 18 | | | | | |
| STRUCTURAL IRON WORKERS LOCAL UNION | | | | | |
| UNITED CONSTRUCTION PRODUCTS, INC. | | | | | |
| ZURICH AMERICAN INS CO | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY-INTERNAL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

Case 05-36520 Doc 74 Filed 12/27/10 Entered 12/27/10 15:49:17 Desc Main
**Case 05-36520 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT** Page: 1
Document Page 10 of 16
**ASSET CASES**

Case No: 05-36520  SQU  Judge: JOHN H. SQUIRES  Trustee Name: GINA B. KROL  Exhibit 8
Case Name: CORONA CONSTRUCTION CO INC  Date Filed (f) or Converted (c): 09/09/05 (f)
  341(a) Meeting Date: 10/18/05
For Period Ending: 12/07/10  Claims Bar Date: 04/21/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCONTS | 11,542.15 | 11,542.15 |  | 11,542.15 | FA |
| 2. A/R | 1,131,908.00 | 0.00 | DA | 0.00 | FA |
| 3. MECHANIC'S LIEN | 813,843.75 | 0.00 | DA | 0.00 | FA |
| 4. OFFICE EQUIPMENT | 6,100.00 | 0.00 | DA | 0.00 | FA |
| 5. Check from Record Copy Service (u) | 0.00 | 20.00 |  | 20.00 | FA |
| 6. Utility Refund (u) | 0.00 | 488.84 |  | 488.84 | FA |
| 7. Refund from Bond (u) | 0.00 | 400.39 |  | 400.39 | FA |
| 8. Insurance Refund (u) | 0.00 | 828.00 |  | 828.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 307.31 | Unknown |

  Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)  $1,963,393.90  $13,279.38  $13,586.69  $0.00
  (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will review claims, file tax return and prepare final report.

Initial Projected Date of Final Report (TFR): 12/31/06  Current Projected Date of Final Report (TFR): 12/31/10

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 05-36520 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | CORONA CONSTRUCTION CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2939  BofA - Money Market Account |
| Taxpayer ID No: | *******5810 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/28/05 | 1 | Parkway National Bank<br>4800 N. Halem Ave.<br>Harwood Heights, IL 60706 | | 1129-000 | 11,542.15 | | 11,542.15 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.49 | | 11,547.64 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.87 | | 11,553.51 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 5.90 | | 11,559.41 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.23 | | 11,567.64 |
| 03/01/06 | 000301 | International Sureties<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 6.02 | 11,561.62 |
| 03/29/06 | INT | Record Copy Service<br>Thirty N. LaSalle<br>Chicago, IL  60602 | | 1290-000 | 20.00 | | 11,581.62 |
| 03/29/06 | 6 | Nicor Gas<br>P.O. Box 190<br>Aurora, IL  60507 | | 1290-000 | 488.84 | | 12,070.46 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.82 | | 12,080.28 |
| 04/03/06 | 7 | Arthur J. Gallagher & Co.<br>P.O Box 1302<br>St. Charles, IL  60174 | | 1290-000 | 400.39 | | 12,480.67 |
| 04/17/06 | 8 | Arthur Gallagher<br>14241 Dallas Parkway, Suite 300<br>Dallas, TX  75254 | | 1229-000 | 828.00 | | 13,308.67 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.37 | | 13,319.04 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.32 | | 13,330.36 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.96 | | 13,341.32 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.33 | | 13,352.65 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.34 | | 13,363.99 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.98 | | 13,374.97 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.37 | | 13,386.34 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.00 | | 13,397.34 |

Page Subtotals      13,403.36        6.02

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

Ver: 15.20

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 05-36520 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CORONA CONSTRUCTION CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2939  BofA - Money Market Account |
| Taxpayer ID No: | *******5810 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.37 | | 13,408.71 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.39 | | 13,420.10 |
| 02/15/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 10.35 | 13,409.75 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 10.29 | | 13,420.04 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.39 | | 13,431.43 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.05 | | 13,442.48 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.42 | | 13,453.90 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.05 | | 13,464.95 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.44 | | 13,476.39 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 11.45 | | 13,487.84 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 8.59 | | 13,496.43 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 8.60 | | 13,505.03 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 7.22 | | 13,512.25 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 6.46 | | 13,518.71 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 5.36 | | 13,524.07 |
| 02/11/08 | 000303 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 12.72 | 13,511.35 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 3.21 | | 13,514.56 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.19 | | 13,517.75 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.77 | | 13,520.52 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.71 | | 13,522.23 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.67 | | 13,523.90 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.72 | | 13,525.62 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.72 | | 13,527.34 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.66 | | 13,529.00 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.31 | | 13,530.31 |

Page Subtotals          156.04          23.07

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

LFORM24

Ver: 15.20

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-36520 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CORONA CONSTRUCTION CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2939  BofA - Money Market Account |
| Taxpayer ID No: | *******5810 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.11 | | 13,531.42 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.68 | | 13,532.10 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,532.21 |
| 02/17/09 | 000304 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 10.54 | 13,521.67 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 13,521.77 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,521.89 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 13,522.19 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,522.53 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,522.87 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,523.21 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,523.55 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,523.88 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,524.22 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,524.55 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,524.89 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,525.23 |
| 02/09/10 | 000305 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 10.04 | 13,515.19 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 13,515.50 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.35 | | 13,515.85 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,516.18 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,516.52 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,516.86 |
| 07/15/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 13,517.02 |
| 07/15/10 | | Transfer to Acct #*******0215 | Final Posting Transfer | 9999-000 | | 13,517.02 | 0.00 |

Page Subtotals     7.29     13,537.60

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

Ver: 15.20

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-36520 -SQU | |
| Case Name: | CORONA CONSTRUCTION CO INC | |
| Taxpayer ID No: | *******5810 | |
| For Period Ending: | 12/07/10 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******2939  BofA - Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 13,566.69 | 13,566.69 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 13,517.02 | |
| | | | Subtotal | | 13,566.69 | 49.67 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 13,566.69 | 49.67 | |

| | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)** *(Page: 14)*

Ver: 15.20
LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 05-36520 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | CORONA CONSTRUCTION CO INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0215  BofA - Checking Account |
| Taxpayer ID No: | *******5810 | | | |
| For Period Ending: | 12/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/15/10 | | Transfer from Acct #*******2939 | Transfer In From MMA Account | 9999-000 | 13,517.02 | | 13,517.02 |
| 07/19/10 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,106.67 | 11,410.35 |
| 07/19/10 | 003002 | Laborers Pension Fund<br>c/o Law Offices of Marc M. Pekay<br>30 N. LaSalle St., Ste. 2426<br>Chicago, IL 60602 | Claim 000005, Payment 8.73249% | 5400-000 | | 10,904.96 | 505.39 |
| 07/19/10 | 003003 | Structural Iron Workers Local Union<br>No. 1 Pension Trust Fund<br>Hogan Marren Ltd<br>180 N Wacker Dr Ste 600<br>Chicago, IL 60606 | Claim 3, Payment 8.73253% | 5400-000 | | 505.39 | 0.00 |

|  | COLUMN TOTALS | 13,517.02 | 13,517.02 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 13,517.02 | 0.00 | |
|  | Subtotal | 0.00 | 13,517.02 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 13,517.02 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********2939 | 13,566.69 | 49.67 | 0.00 |
| BofA - Checking Account - ********0215 | 0.00 | 13,517.02 | 0.00 |
| | 13,566.69 | 13,566.69 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  13,517.02  13,517.02

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

Ver: 15.20

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| | |
|---|---|
| Case No: | 05-36520 -SQU |
| Case Name: | CORONA CONSTRUCTION CO INC |
| Taxpayer ID No: | *******5810 |
| For Period Ending: | 12/07/10 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0215  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ GINA B. KROL  Date: 12/07/10
GINA B. KROL

Page Subtotals    0.00    0.00